SIMON G. FRIEDMAN *vs.* GEORGE N. ANDRESON & another.

Worcester. September 27, 1926. — September 28, 1926.

Present: RUGG, C.J., BRALEY, CROSBY, CARROLL, & WAIT, JJ.

*Equity Pleading and Practice,* Findings by judge, Appeal.

Upon an appeal by the defendant in a suit in equity from a decree for the plaintiff which was based upon and warranted by findings of fact by the trial judge stated in a report filed by him under G. L. c. 214, § 23, without a report of the evidence, the decree was affirmed.

BILL IN EQUITY, filed in the Superior Court on November 24, 1920, to enjoin an alleged continuing trespass and for damages.

In the Superior Court, the suit was heard by *Macleod, J.,* who ordered a decree for the plaintiff. The defendant appealed.

*T. H. Sullivan,* for the plaintiff.

*J. H. Meagher, E. Zaeder,* & *J. L. Bianchi,* for the defendants, submitted a brief.

BY THE COURT. This case comes before us on the defendants' appeal from a decree in favor of the plaintiff, with report of the material facts found by the judge under G. L. c. 214, § 23, but without report of the evidence. The judge took a view. He found as a fact that the defendants constructed a building on their land with gutters or eaves troughs so that water was collected and poured directly or indirectly upon the premises of the plaintiff. Whether this was so, or not, was a pure question of fact upon which the finding in favor of the plaintiff is decisive and cannot be set aside. It was a wrong for which the plaintiff is entitled to recover. *Manning* v. *Woodlawn Cemetery Corp.* 245 Mass. 250.

The amount of damages suffered was also a simple question of·fact on which the finding is final. *Maynard* v. *Royal Worcester Corset Co.* 200 Mass. 1.

*Decree affirmed with costs.*